1 | Gina Fazio, Esq. #225178
2 | Law Offices of Jeffrey Milam
  | P.O. Box 26360
3 | Fresno, California 93729
  | (559) 264-2800
4 | Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

SALMAN DENKHA                )
                             )   Civil Action No. 1:04-cv-06708 AWI SMS
                             )
       Plaintiff,            )   STIPULATION AND ORDER
                             )
vs.                          )
                             )
JO ANNE B. BARNHART,         )
Commissioner of Social       )
Security,                    )
                             )
       Defendant.            )
_____)

   IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until June 10, 2005, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, December 15, 2004, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated:  May 9, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, <br> Attorney for Plaintiff. |
| 3 | Dated: May 9, 2005 | |
| 4 | | MCGREGOR SCOTT <br> United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan <br> (as authorized via facsimile) <br> KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |
| 8 | IT IS SO ORDERED. | |
| 9 | Dated:  May 11, 2005 | |
| 10 | | /s/ Sandra M. Snyder <br> SANDRA M. SNYDER |
| 11 | | United States Magistrate Judge |