1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                            AT FRESNO

10 SALMAN DENKHA         )
                         )   Civil Action No. 1:04-cv-06708 AWI SMS
11                       )
         Plaintiff,      )   STIPULATION AND ORDER
12                       )
   vs.                   )
13                       )
   JO ANNE B. BARNHART,  )
14 Commissioner of Social)
   Security,             )
15                       )
         Defendant.      )
16 _____)

17

18     IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted a 60 day extension of time, until September 8, 2005, in which to file

20 and serve Plaintiff's Opening brief.  All remaining actions under the scheduling order filed,

21 December 15, 2004, shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

| | | |
|---|---|---|
| 1 | Dated:  July 11, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: July 11, 2005 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ KRISTI C. KAPETAN<br>(as authorized via facsimile)<br>KRISTI C.KAPETAN |
| 7 | | Assistant U.S. Attorney |

8      IT IS SO ORDERED.

9   Dated:  7/12/2005

10                                           /s/ Sandra M. Snyder
                                            SANDRA M. SNYDER
11                                          United States Magistrate Judge