1 Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
2 P.O. Box 26360
Fresno, California 93729
3 (559) 264-2800

4 Attorney for Plaintiff

5

6

7 IN THE UNITED STATES DISTRICT COURT FOR

8 THE EASTERN DISTRICT OF CALIFORNIA

9 AT FRESNO

10 SALMAN DENKHA            )
                           )   Civil Action No. 1:04-cv-06708 AWI SMS
11                         )
       Plaintiff,          )   STIPULATION AND ORDER
12                         )
   vs.                     )
13                         )
   JO ANNE B. BARNHART,    )
14 Commissioner of Social  )
   Security,               )
15                         )
       Defendant.          )
16 _____)

17

18     IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted a 30 day extension of time, until October 8, 2005**\***, in which to file

20 and serve Plaintiff's Opening brief.  All remaining actions under the scheduling order filed,

21 December 15, 2004, shall proceed under the time limit guidelines set therein.

22 / /     **\* Date is extended to October 11, 2005,** October 8th is a Saturday.

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

| | | |
|---|---|---|
| 1 | Dated: September 8, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, <br> Attorney for Plaintiff. |
| 3 | Dated: September 12, 2005 | |
| 4 | | MCGREGOR SCOTT <br> United States Attorney |
| 5 | | |
| 6 | | By: /s/ KRISTI C. KAPETAN <br> (as authorized via facsimile) <br> KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |
| 8 | IT IS SO ORDERED. | |
| 9 | Dated: 9/14/2005 | |
| 10 | | |
| 11 | | /s/ Sandra M. Snyder <br> SANDRA M. SNYDER <br> United States Magistrate Judge |