McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7316

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMAN DENKHA, )<br>  )<br>        Plaintiff, )<br>  )<br>     v. )<br>  )<br>JO ANNE B. BARNHART, )<br>Commissioner of Social )<br>Security, )<br>  )<br>        Defendant. )<br>_____) | 1:04-cv-06708 AWI SMS<br><br>STIPULATION AND ORDER<br>TO EXTEND TIME |

   1.  On October 11, 2005, Plaintiff filed an opening brief with the Court.

   2.  On November 9, 2005, defendant lodged a supplemental record with the Court consisting of Exhibits which were associated with Administrative Law Judge ("ALJ") James Baker's April 25, 2003 decision.  ALJ Baker incorporated by reference into the October 6, 2003 decision, which is before this Court on administrative review, the April 25, 2003 decision.

   3.  Defendant's opposition to plaintiff's opening brief is due November 14, 2005.

1

4.  Based on the above, the parties, through their respective counsel, stipulate that plaintiff be provided the opportunity to review the supplemental transcript and amend plaintiff's opening brief, if appropriate, by no later than December 14, 2005.

5.  The parties further stipulate that defendant's time to respond to plaintiff's opening brief or amended opening brief be extended to January 12, 2006.

Respectfully submitted,

Dated: November 10, 2005
/s/ Gina M. Fazio
(as authorized via facsimile)
/s/ GINA M. FAZIO
Attorney for Plaintiff

Dated: November 10, 2005   McGREGOR W. SCOTT
United States Attorney

/s/ Kristi C. Kapetan
KRISTI C. KAPETAN
Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: 11/10/2005

/s/ Sandra M. Snyder
THE HONORABLE SANDRA M. SNYDER
United States Magistrate Judge