# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMAN DENKHA, | 1:04 cv-06708 AWI JMD |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | (Document 27) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On September 19, 2007, the Magistrate Judge issued Findings and Recommendation that Plaintiff's appeal from the administrative decision of the Commissioner of Social Security be granted and the action be remanded. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within fifteen (15) days of the date of service of the order. Over fifteen (15) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued September 19, 2007, is ADOPTED IN FULL; and

1

2.  The appeal is GRANTED.  Judgment SHALL be entered for Plaintiff Salman Denkha and against Defendant Michael J. Astrue, Commissioner of Social Security.  The action is REMANDED for proceedings consistent with the Findings and Recommendation.

IT IS SO ORDERED.

**Dated:  October 16, 2007**              /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE